165 So. 917

**Lee HAMMONS v. STATE.**

**7 Div. 184.**

Court of Appeals of Alabama.
Jan. 21, 1936.

SAMFORD, Judge.
Affirmed.

165 So. 916

**Lee HAMMONS v. STATE.**

**7 Div. 185.**

Court of Appeals of Alabama.
Jan. 21, 1936.

PER CURIAM.
Affirmed.

170 So. 919

**Herman HANES v. STATE.**

**8 Div. 416.**

Court of Appeals of Alabama.
Nov. 10, 1936.

SAMFORD, Judge.
Affirmed.

171 So. 923

**John HARDUVEL v. STATE.**

**6 Div. 49.**

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Appeal dismissed.

170 So. 920

**Alfred G. HARRELL v. Alice Dare PATTON.**

**2 Div. 585.**

Court of Appeals of Alabama.
Oct. 29, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 918

**Owen, alias W. O., HARRELL v. STATE.**

**4 Div. 161.**

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Appeal dismissed.

167 So. 920

**Emma HART v. STATE.**

**6 Div. 971.**

Court of Appeals of Alabama.
March 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

164 So. 918

**Frank O. HART and Powhatten McCall v. STATE.**

**8 Div. 221.**

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Affirmed.